partment. July 30, 1915.) Action by the American Hardware Corporation of New York against John L. Lyttle, as trustee, etc., and others. No opinion. Judgment affirmed, with costs.

In re ANDREWS. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Herbert F. Andrews. No opinion. Application denied. Settle order on notice.

ARNST, Respondent, v. DIEBOLD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Fred Arnst, as administrator, etc., against Frank X. Diebold. No opinion. Judgment and order affirmed, with costs.

ASCHER, Respondent, v. SUFFOLK TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by John J. Ascher against the Suffolk Traction Company. No opinion. Judgment affirmed, with costs.

AVERBUCK v. WEST SHORE R. CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Harris Averbuck against the West Shore Railroad Company. No opinion. Application denied, with $10 costs. Order signed.

BALET, Appellant, v. KRACKE et al., Respondents. (Supreme Court, Appellate Division, First Department. July 9, 1915.) In the matter of Joseph W. Balet against Frederick J. H. Kracke, individually and as commissioner, etc., and others. J. T. Fenlon, of New York City, for appellant. J. F. O'Brien, of New York City, for respondents. No opinion. Order affirmed, with costs. Order filed.

In re BALL. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of John Oscar Ball, an attorney. No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.

BALL, Respondent, v. SAMUELS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Sam Ball against Max Samuels. No opinion. Judgment and order affirmed, with costs.

BALTIMORE & O. R. CO. v. LOWENSTEIN. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by the Baltimore & Ohio Railroad Company against Benjamin Lowenstein. No opinion. Application granted. Order signed.

BARR, Respondent, v. TURNER CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Robert Barr against the Turner Construction Company. No opinion. Judgment and order affirmed, with costs.

BARRETT, Respondent, v. MOYNAN, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Madeline D. Barrett against Alice M. Moynan, impleaded with others. M. M. Blumenthal, of New York City, for appellant. E. S. Clinch, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARRY et al., Respondents, v. EIGER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Charles D. Barry and others against Emil Eiger and others. A. I. Spiro, of New York City, for appellants. W. Wadsworth, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

BARUCH v. COPELAND. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Herman Baruch against Goldine R. Copeland. No opinion. Application denied, with $10 costs. Order signed. See, also, 153 N. Y. Supp. 1105.

BASSETT, Appellant, v. REGAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 19, 1915.) Action by George M. Bassett against Timothy Regan and others. No opinion. Judgment and order affirmed, with costs.

In re BATH ELECTRIC & GAS LIGHT CO. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the application of the Bath Electric & Gas Light Company for a writ of certiorari against the Public Service Commission of the State of New York, Second District, and trustees of the Village of Bath. No opinion. Motion to quash writ denied.

BAUMAN et al. v. MENDLE–LUNEPP CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Ryman Bauman and others against Mendle-Lunepp Company. No opinion. Application granted. Order signed. See, also, 153 N. Y. Supp. 896.

B. A. & G. N. WILLIAMS, Respondent, v. NEW YORK & QUEENS ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by B. A. & G. N. Williams against the New York & Queens Electric Light & Power Company. No opinion. Judgment and order unanimously affirmed, with costs.

BEALS et al., Respondents, v. GEHRS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Pascal P. Beals and others against Edward A. Gehrs, impleaded with others. No opinion. Judgment affirmed, with costs.

BEARDSLEY, Appellant, v. SHERRILL et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1915.)

Action by Ten Eyck R. Beardsley against Isaac W. Sherrill and others, individually, etc. J. Ewen, of New York City, for appellant. J. G. Jackson, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re BEARNS. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the petition of James S. Bearns to prove the last will and testament of Joseph H. Bearns, etc., deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed (89 Misc. Rep. 712, 153 N. Y. Supp. 1089), with costs.

BEATTY v. IRELAND et al. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by Robert A. Beatty against John B. Ireland and others. No opinion. Motion granted by default. See, also, 165 App. Div. 944, 150 N. Y. Supp. 1076.

BEATTY, Respondent, v. THOMPSON-STARRETT CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by William N. Beatty against the Thompson-Starrett Company. No opinion. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs.

BEDELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by Fanny Bedell, an infant, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed on the ground the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $5,000; if so stipulated, the judgment is so modified, and as modified judgment and order affirmed, without costs to either party.

HOWARD and WOODWARD, JJ., vote for affirmance.

BEEBE, Respondent, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Ernest L. Beebe, an infant, etc., against the New York, Ontario & Western Railway Company. No opinion. Judgment and order affirmed, with costs. See, also, 154 N. Y. Supp. 1111.

BEEBE, Respondent, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Ernest L. Beebe, an infant, etc., against the New York, Ontario & Western Railway Company. No opinion. Order denying motion for new trial upon ground of newly discovered evidence affirmed, with $10 costs and

disbursements. See, also, 153 N. Y. Supp. 1106; 154 N. Y. Supp. 1111.

BELDEN, Appellant, v. COLEMAN, Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by George G. Belden, as administrator, de bonis non, etc., against Charles W. Coleman, as executor, etc. No opinion. Judgment and orders affirmed, with costs.

BENNETT, Respondent, v. AUSTRO-AMERICAN S. S. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Anthony C. Bennett against the Austro-American Steamship Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 161 App. Div. 753, 147 N. Y. Supp. 193.

BENNETT v. CHAYES. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Alice Bennett, an infant, against Louis J. Chayes. No opinion. Motion granted. Order filed. See, also, 154 N. Y. Supp. 1111.

BENNETT v. CHAYES. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Alice Bennett, an infant, etc., against Louis J. Chayes. No opinion. Motion to dismiss appeal granted with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 154 N. Y. Supp. 1111.

BENNETT, Appellant, v. VILLAGE OF OTEGO, Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the application of Alice Russell Bennett against the Village of Otego, for the appointment of commissioners. No opinion. Order reversed, with $10 costs and disbursements, upon the authority of Matter of Hunt v. Village of Otego, 160 App. Div. 158, 145 N. Y. Supp. 495, and matter remitted to Special Term. See, also, 154 N. Y. Supp. 1111.

BENNETT v. VILLAGE OF OTEGO. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) In the matter of the application of Alice Russell Bennett against the Village of Otego for the appointment of commissioners and assessment of damages. No opinion. Motion denied. See, also, 154 N. Y. Supp. 1111.

In re BENSEL et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the application and petition of John A. Bensel and others, etc., Southern Aqueduct Department, Consolidated Sections Nos. 15 and 17. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 154 App. Div. 956, 139 N. Y. Supp. 1116; 163 App. Div. 909, 147 N. Y. Supp. 1098; 163 App. Div. 537, 148 N. Y. Supp. 972.

BERMANT, Respondent, v. KEVENEY, Appellant. (Supreme Court, Appellate Division,